In re: DAVID A. MITZNER )  Case no. 06-10091
      PAMELA S. MITZNER )  Chapter 13
                          Debtor(s) )

FILED AT WICHITA, KS
MAR 09 2010
CLERK
U.S. Court of Bankruptcy
By_____ Deputy

## TRUSTEE'S REPORT TO COURT
## OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
|---|---|---|
| 11 | KANSAS WEALTH MANAGEMENT | 43.35 |

The case has been completed, therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 378114, in the amount of $43.35, payable to the Clerk of the Bankruptcy Court.

UNITED STATES
BANKRUPTCY CT-KANSAS
    Wichita Division

F 0010246% - OP
March 9, 2010     A

Code    Case #    Qty    Amount

UNCLAIM 06-10091            43.35 CH
  Debtor - MITZNER

TOTALS         43.35

FROM: LAURIE B. WILLIAMS
     225 N MARKET STE 310
     WICHITA KS 67202

_/s/ L. B. Williams_
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
225 N. Market, Suite 310
Wichita KS 67202
(316) 267-1791